IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEXANDRA R. VILLA, CARINA MURPHY,
TRACIE VALDEZ, RAQUEL MUNOZ, and
AMANDA GUTIERREZ,

    Plaintiffs,

vs.                                                                                      No. 1:16-cv-01076-JCH-SMV

BOARD OF COUNTY COMMISSIONERS OF
CIBOLA COUNTY, et al.,

    Defendants.

## STIPULATED ORDER TO EXTEND DEADLINE
## TO PROCEED UNDER D.N.M.LR-CIV. 37.1

**THIS MATTER** came before this Court on the Stipulated Motion to Extend Deadline to Proceed Under D.N.M.LR-Civ. 37.1 (Doc. 40). This Court having reviewed the Motion and arguments made therein, and having considered that Plaintiffs and Defendant Board of County Commissioners of Cibola County ("County Defendant") have agreed to the filing of this Motion and the entry of a stipulated order thereon. Accordingly, this Court finds that Plaintiffs' and County Defendant's Stipulated Motion to Extend Deadline to Proceed Under D.N.M.LR-Civ. 37.1 is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    The Stipulated Motion to Extend Deadline to Proceed Under D.N.M.LR-Civ. 37.1 (Doc. 40) is hereby granted.

    B.    County Defendant shall have until May 11, 2017, to file motions under D.N.M.LR-Civ. 37.1 based upon Plaintiffs' responses to the discovery propounded upon each Plaintiff on February 22, 2017.

                                                                               The Honorable Stephan M. Vidmar
                                                                               United States Magistrate Judge

SUBMITTED BY:

**SAUCEDOCHAVEZ, P.C.**

*/s/ Frank T. Apodaca*
Frank T. Apodaca, Esq.
Post Office Box 30046
Albuquerque, NM 87190
T: (505) 338-3945
E: fapodaca@saucedochavez.com
*Attorneys for Defendants Board of County Commissioners of Cibola County*

-and-

**ELIAS BARELA, ATTORNEY AT LAW, LLC**

*/s/ Elias Barela*
Elias Barela, Esq.
Penni Adrian, Esq.
1504 Juan Perea
Post Office Box 2416
Los Lunas, NM 87031
(505) 866-1252
elias@barelalaw.com
barelalaw@yahoo.com
penni@adrian-law.com
*Attorneys for Plaintiffs*